# EXHIBIT 1

a

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**VERIFICATION**

STATE OF ARIZONA   )
          ) ss.
COUNTY OF MARICOPA )

  I, Shane P. Dyet, hereby state, under the penalty of perjury, that the following information is true to my knowledge, information and belief:

  1.  I am an attorney for Defendants Simaran Express, Inc. and Jarmanjeet Singh in the matter of *Parker v. Simaran Express, Inc., et al.,* S8015CV202200243, currently pending in the Superior Court of the State of Arizona, County of Mohave, before the Honorable Kenneth Gregory.

  2.  On June 1, 2022, I filed a Notice of Removal under 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446 seeking to remove *Parker v. Simaran Express, Inc., et al.,* S8015CV202200243, to the United States District Court for the District of Arizona.

  3.  In compliance with 28 U.S.C. § 1441(a), 28 U.S.C. § 1446 and L. R. Civ. P. 3.6(b), I certify that the attached documents are true and accurate copies of pleadings and other documents that were filed in the Superior Court of the State of Arizona, Mohave County.

  4.  Also attached is a true and accurate copy of the court docket in *Parker v. Simaran Express, Inc., et al.,* S8015CV202200243.

  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

  Dated: June 1, 2022

                       
                  Shane P. Dyet



**Public Access to Court Information - Case Search**

Case Information

| Case Number: | S-8015-CV-202200243 | | |
|---|---|---|---|
| Title: | ERICA PARKER PLAINTIFF vs SI | Category: | Civil |
| Court: | Mohave County Superior | Filing Date: | 3/11/2022 |
| Judge: | | Disposition Date: | |

| |
|---|
| SHANE DYET   ATTORNEY - Y 2 |
| JOANN A. HOSKINS   ATTORNEY - Y 3 |
| R KEVIN O'BRIEN   ATTORNEY - Y 1 |
| ERICA PARKER   PLAINTIFF - P 1 |
| SIMARAN EXPRESS INC   DEFENDANT - D 1 |
| JARMANJEET SINGH   DEFENDANT - D 2 |
| LILLIANA TUDELA   DEFENDANT - D 3 |

Case Activity

| Date | Description | Party |
|---|---|---|
| 5/19/2022 | ANSWER: ANSWER | D 3 |
| 5/19/2022 | ARBITRATION: CERTIFICATE OF COMPULSORY ARBITRATION - IS SUBJ | D 3 |
| 5/19/2022 | DEMAND: Demand for Jury Trial | D 3 |
| 5/11/2022 | MOTION: WITHDRAW | D 2 |
| 5/9/2022 | SERVICE: WAIVER OF SERVICE | P 1 |
| 4/14/2022 | SERVICE: Proof of Service | P 1 |
| 3/22/2022 | SERVICE: Proof of Service | P 1 |
| 3/14/2022 | NOTICE: DISMISSAL RE: SERVICE - CIVIL | P 1 |
| 3/11/2022 | COMPLAINT: Complaint | P 1 |
| 3/11/2022 | ARBITRATION: CERTIFICATE OF COMPULSORY ARBITRATION - IS NOT | P 1 |
| 3/11/2022 | SUMMONS: SUMMONS | P 1 |
| 3/11/2022 | SUMMONS: SUMMONS | P 1 |
| 3/11/2022 | SUMMONS: SUMMONS | P 1 |
| 3/11/2022 | INDICATOR: DISCOVERY TIER 2 | P 1 |

## Document Search

For access to criminal and civil court documents in the Superior Court visit the eAccess portal.
For more information about the eAccess portal please visit: https://www.azcourts.gov/eaccess.

**NOTES:**
**Internet Explorer 10 Users: Case details will not display properly unless you switch to Compatibility View. How?**
The following case types are excluded from search results: sealed cases, cases involving un-served Orders of Protection, mental health and probate cases, victim and witness data. Juvenile incorrigible/delinquency case information also cannot be viewed on this website; however other types of cases in which juveniles are parties, such as traffic cases, may be displayed. Certain administrative functions carried out by superior court clerk's offices in each county are not included in this website, such as passport application processing and private process server registration. **Charges stemming from local ordinance violations are not included.**

**Please be aware of the following limitations of the case records displayed:**
• The information may not be a current, accurate, or complete record of the case.
• The information is subject to change at any time.
• The information is not the official record of the court.
• Not all cases from a participating court may be included.
• The information should not be used as a substitute for a thorough background search of official public records.

**The user is responsible for verifying information provided on this website against official court information filed at the court of record.** Use of this website shall indicate agreement by the user that the Arizona judiciary, including its courts, divisions, officers, and employees, shall not be liable for any loss, consequence, or damage resulting directly or indirectly from the use of any of the information available through this website and that the Arizona judiciary does not provide any warranty, express or implied, that the information provided is accurate, current, correct, or complete.



Person/Attorney Filing: R Kevin O'Brien
Mailing Address: 23131 N. Lake Pleasant Parkway
City, State, Zip Code: Peoria, AZ 85383
Phone Number: (623)937-9799
E-Mail Address: kevin@ktolawfirm.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 031212, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MOHAVE

Erica Parker
Plaintiff(s),
v.
Simaran Express Inc, et al.
Defendant(s).

Case No.   S8015CV202200243

**SUMMONS**

To: Simaran Express Inc

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 415 E. Spring St,
    Kingman, Arizona 86401 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MOHAVE

SIGNED AND SEALED this date:*March 11, 2022*

*Christina Spurlock*
Clerk of Superior Court

By:*GHOWELL*
Deputy Clerk



AZturboCourt00v Form Set #6615815

2

d

Person/Attorney Filing: R Kevin O'Brien
Mailing Address: 23131 N. Lake Pleasant Parkway
City, State, Zip Code: Peoria, AZ 85383
Phone Number: (623)937-9799
E-Mail Address: kevin@ktolawfirm.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 031212, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MOHAVE

Erica Parker
Plaintiff(s),
v.
Simaran Express Inc, et al.
Defendant(s).

Case No.   S8015CV202200243

**SUMMONS**

To: Jarmanjeet Singh

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 415 E. Spring St,
    Kingman, Arizona 86401 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

AZTurboCourt.gov Form Set #6615815

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MOHAVE

SIGNED AND SEALED this date:*March 11, 2022*

*Christina Spurlock*
Clerk of Superior Court

By:*GHOWELL*
Deputy Clerk



AZTurboCourt.gov Form Set #661.5815



Person/Attorney Filing: R Kevin O'Brien
Mailing Address: 23131 N. Lake Pleasant Parkway
City, State, Zip Code: Peoria, AZ 85383
Phone Number: (623)937-9799
E-Mail Address: kevin@ktolawfirm.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 031212, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MOHAVE

Erica Parker
Plaintiff(s),                                    Case No.   S8015CV202200243
v.
Simaran Express Inc, et al.                      **SUMMONS**
Defendant(s).

To: Lilliana Tudela

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to <u>Clerk of the Superior Court, 415 E. Spring St,
    Kingman, Arizona 86401 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MOHAVE

SIGNED AND SEALED this date:*March 11, 2022*

*Christina Spurlock*
Clerk of Superior Court

By:*GHOWELL*
Deputy Clerk





FILED
Christina Spurlock
CLERK, SUPERIOR COURT
03/11/2022  4:45PM
BY: GHOWELL
DEPUTY

Case No.: S8015CV202200243
HON. KENNETH GREGORY

Person/Attorney Filing: R Kevin O'Brien
Mailing Address: 23131 N. Lake Pleasant Parkway
City, State, Zip Code: Peoria, AZ 85383
Phone Number: (623)937-9799
E-Mail Address: kevin@ktolawfirm.com
[ □ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 031212, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MOHAVE

Erica Parker
Plaintiff(s),
v.
Simaran Express Inc, et al.
Defendant(s).

Case No.

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Mohave County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: R Kevin O'Brien /s/
Plaintiff/Attorney for Plaintiff



FILED
Christina Spurlock
CLERK, SUPERIOR COURT
03/11/2022  4:45PM
BY: GHOWELL
DEPUTY

**KEIST THURSTON O'BRIEN, P.C.**
R. Kevin O'Brien, II #031212
10150 W. Desert River Blvd., Ste. A-130
Glendale, Arizona 85305
623.937.9799 Phone
623.435.9057 Facsimile
kobrien@ktolawfirm.com
*Attorneys for Plaintiff*

Case No.: S8015CV202200243
HON. KENNETH GREGORY

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MOHAVE

**ERICA PARKER,**
Plaintiff,

vs.

**SIMARAN EXPRESS INC;
JARMANJEET SINGH; LILLIANA
TUDELA; John and Jane Does 1-10;
ABC Entities 1-10, corporations, or other
legal entities,**
                Defendants,

Case No.

**COMPLAINT**

(Tort/ Motor Vehicle)

Plaintiff, by and through undersigned counsel, for the Complaint against Defendants, allege as follows:

1.    Plaintiff, Erica Parker, resides in Pulaski County, Arkansas, and all acts complained of herein occurred in Mohave County, Arizona.

2.    At all times mentioned herein, Defendant Jarmanjeet Singh is a resident of the County of Nassau, New York, who was driving a commercial motor vehicle under Separate Defendant Simaran Express Inc.'s DOT number and authority.

3.    Simaran Express Inc. is a corporation whose address is in Sacramento, California and is the owner of the commercial motor vehicle driven by Separate Defendant Jarmanjeet Singh.  At all times herein, Simaran Express Inc. had control over the commercial motor vehicle driven by Separate Defendant Jarmanjeet Singh.

4.     Lilliana Tudela is a resident of the County of Miami-Dade, Florida

5.     Plaintiff is not married.

6.     Upon information and belief, Defendant Jarmanjeet Singh was, at all times material hereto, acting on behalf of the marital community and/or Simaran Express Inc.

7.     Upon information and belief, Defendant Lilliana Tudela was, at all times material hereto, acting on behalf of the marital community.

8.     Defendant Jane Doe is a fictitious name for the spouse of Defendant Jarmanjeet Singh and Plaintiff will amend the Complaint if and when her true and correct name is ascertained, assuming she exists.

9.     Defendant John Doe is a fictitious name for the spouse of Defendant Lilliana Tudela and Plaintiff will amend the Complaint if and when his true and correct name is ascertained, assuming he exists.

10.    Defendants John and Jane Doe #3-#10 and Defendants Black and White Organizations are fictitious Defendants that in the course of litigation it is determined that other parties are responsible, these parties will be substituted in place of these fictitiously named defendants. These defendants can be persons, married couple, corporations, political subdivisions, partnerships, limited liability companies, or any other entity.

11.    As to any fictitiously named defendant, after the names and relationships of the defendants are learned, Plaintiff will move to substitute the actual name and relationship into an amended complaint if needed.

12.    The amount in controversy satisfies the jurisdictional requirements of this Court.

13. This Court has jurisdiction as the amount of damages sought are within the jurisdiction limits of this Court and the collision occurred in Mohave County. Venue is proper. This is a Tier 2 case as defined in the Rules of Civil Procedure.

14. This Court has jurisdiction and venue over this action.

## ALLEGATIONS COMMON TO ALL CLAIMS

15. On or about October 22, 2021, Plaintiff Erica Parker was on a vacation retreat to Zion National Park and was a passenger in the passenger van that was involved in a motor vehicle collision. The passenger van that was driven by Defendant Lilliana Tudela was traveling North on I-15 MP 8 in the #2 Lane. The passenger van had come to a stop with other traffic due to construction. Defendant Jarmanjeet Singh failed to slow in time and rear-ended the van that Plaintiff was a passenger. The passenger van was then pushed into another vehicle and off onto the shoulder of the highway.

16. Defendant driver Jarmanjeet Singh was traveling North on I-15 MP 8 in a commercial vehicle with a trailer. Defendant Jarmanjeet Singh failed to slow and stop with traffic that was backed up from a construction zone and impacted the passenger van and another vehicle.

## COUNT ONE

## NEGLIGENCE

17. Plaintiff re-alleges and incorporates the above as if fully set forth herein.

18. At the time of the above-described collision, Defendant Lilliana Tudela had a duty of care to operate the vehicle in a safe and prudent manner to avoid causing a motor vehicle collision with any other vehicles.

19. At the time of the above-described collision, Defendant Jarmanjeet Singh and Defendant Simaran Express Inc. had a duty of care to operate the vehicle in a safe and prudent manner to avoid causing a motor vehicle collision with any other vehicles.

20. The scope of this duty of care extended to Plaintiff.

21. This duty was breached when Defendant Jarmanjeet Singh operated the vehicle in a reckless, unsafe, and unlawful manner, causing the vehicle to collide into Plaintiff's vehicle.

22. This duty was breached when Defendant Lilliana Tudela operated the van in a reckless, and unsafe manner, causing the vehicle to collide into the vehicle in front of Plaintiff's causing a second collision.

23. Defendant Simaran Express Inc. breached this duty by failing to have standards, systems, policies and/or procedures in place to prevent its drivers from operating its commercial motor vehicles and equipment in a negligence, careless and reckless manner on interstate highways.

24. Defendant Simaran Express Inc. breached this duty by failing to train, supervise, monitor and control its employees, including Defendant Jarmanjeet Singh, regarding the rules, regulations, procedures and policies applicable to commercial drivers operating tractor-trailer trucks on the roads of the United States.

24.     Defendant Simaran Express Inc. their direct corporate actions and inactions, adopted an unreasonable and imprudent policy, procedure practice and standard, in which they allowed and encouraged for financial benefits rather than discouraged, Defendant Jarmanjeet Singh, to drive and operate the commercial motor vehicle in the negligent, careless and reckless manner at the time of the collision.

25.     Defendants' breach of this duty directly and proximately caused Plaintiff's damages, which include permanent and long-lasting injuries, other physical injuries, pain and suffering since the accident, past and future medical expenses, loss of earnings, and mental and emotional anguish, all in an amount to be determined at trial.

## SECOND CAUSE OF ACTION

## NEGLIGENCE PER SE

26.     Plaintiff realleges the above paragraphs if fully alleged here.

27.     Defendant Jarmanjeet Singh violated A.R.S. §28-693A when Defendant Jarmanjeet Singh drove his vehicle in reckless regard for the safety of persons or property.

28.     Defendant Jarmanjeet Singh violated A.R.S. §13-1201A when Defendant Jarmenjeet Singh committed endangerment by recklessly endangering another person with substantial risk of imminent death or physical injury.

29.     Defendants' negligence *per se* directly and proximately caused Plaintiff's damages, which include permanent and long-lasting injuries, other physical injuries, pain and suffering since the accident, past and future medical expenses, loss of earnings, and mental and emotional anguish, all in an amount to be determined at trial.

30.     As a direct and proximate result of the negligence and carelessness of the Defendants, Plaintiff sustained bodily injuries and other damages and will continue to require treatment into the future.

31.     As a further direct and proximate result of the negligence and carelessness of the Defendants, Plaintiff was injured and damaged and further suffered pain, emotional upset, mental anguish, stress, and inconvenience all to her general damage in a sum according to proof.

32.     As a further direct and proximate result of the negligence and carelessness of the Defendants, Plaintiff has incurred medical expenses due to the injuries all in a sum according to proof.

## COUNT THREE

## AGENCY/RESPONDEANT SUPERIOR

33.     Plaintiff re-alleges and incorporates the above as if fully set forth herein.

34.     Defendant Jarmanjeet Singh at all relevant times was employed by or working on behalf of Defendant Simaran Express Inc.

35.     Defendant Jarmanjeet Singh was working within in the scope of his employment for Defendant Simaran Express Inc. when he collided with Plaintiff.

36.     Defendant Simaran Express Inc. is liable to Plaintiff under a theory of agency or Respondeat Superior.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KEIST THURSTON O'BRIEN

**COUNT FOUR**

**NEGLIGENT ENTRUSTMENT**

34.    Plaintiff re-alleges and incorporates the above paragraphs above as if fully set forth herein.

35.    At the time of the collision, Defendant Jarmanjeet Singh was driving a vehicle owned by Defendant Simaran Express Inc with its express authorization and knowledge.

36.    At the time of the collision, Simaran Express Inc knew or should have known that Defendant Jarmanjeet Singh was an inexperienced, reckless, and negligent driver, or assumed the risk by allowing Defendant Jarmanjeet Singh to operate a vehicle owned by Simaran Express Inc

37.    Simaran Express Inc knew or should have known that allowing a negligent, reckless and/or inexperienced driver increases the risk of harm to others on the roadway.

38.    Simaran Express Inc.'s negligent entrustment of its vehicle to Defendant Jarmanjeet Singh is a direct and proximate cause of Plaintiff's injuries and damages alleged herein.

**WHEREFORE**, Plaintiff prays for judgment against Defendants as follows:

A.    For general damages and losses incurred and to be incurred in the future (including physical pain and emotional suffering), in an amount reasonable and proper in the premises;

B.    For past and future medical and related expenses in an amount to be proven at trial;

C.    For emotional distress;

1

D.      For Plaintiff's lost wages and for the reasonable value of Plaintiff's impaired

2

and diminished earning capacity to the date of trial and in the future;

3

4

E.      For Plaintiff's costs incurred herein, together with interest at the highest lawful

5

rate on the total amount of all sums awarded from the date of judgment herein until paid; and

6

F.      For such additional relief as the Court may deem just and proper in the

7

premises.

8

9

RESPECTFULLY SUBMITTED this 11th Day of March 2022.

10

11

12

**KEIST THURSTON O'BRIEN P.C.**

13

14

R. Kevin O'Brien, Esq.
*Attorneys for Plaintiff*

15

16

17

18

19

20

21

22

23

24

25

26

27

28



# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY OF MOHAVE

DATE:  MAY 25, 2022

S8015CV202200243

## NOTICE RE: MOHAVE COUNTY ADMINISTRATIVE ORDER 2019-04

Plaintiff/Petitioner is hereby notified that service of the Summons and Complaint must be made upon all Defendants or adverse parties within ninety (90) days after the Complaint or Petition is filed or the case SHALL be dismissed without prejudice as to parties not timely served in accordance with Rule 4(i), Arizona Rules of Civil Procedure.

cc:

Plaintiff



| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* <br> KEIST THURSTON O'BRIEN <br> CARRIE CASNER <br> 23131 N LAKE PLEASANT PKWY <br> PEORIA, AZ 85383 <br>     TELEPHONE NO:  (623) 937-8888     FAX NO *(Optional):* <br> E-MAIL ADDRESS *(Optional)*:  CARRIE@KTOLAWFIRM.COM <br>     ATTORNEY FOR *(Name)*:  Plaintiff | FOR COURT USE ONLY <br> FILED <br> Christina Spurlock <br> CLERK, SUPERIOR COURT <br> 03/22/2022 11:39AM <br> BY: GHOWELL <br> DEPUTY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br>   STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: <br>   BRANCH NAME:  IN THE SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY <br>                OF MOHAVE | |
| PLAINTIFF / PETITIONER:  ERICA PARKER <br> DEFENDANT / RESPONDENT:  SIMARAN EXPRESS INC, ET AL | CASE NUMBER: <br> S8015CV202200243 |
| **PROOF OF SERVICE** | Ref. No. or File No.: <br> 6813243 (4119) |

1.   At the time of service I was at least 18 years of age and not a party to this action.

2.   I served copies of the:
    **SUMMON; CERTIFICATE OF COMPULSORY ARBITRATION; COMPLAINT**

3.   Party served: SIMARAN EXPRESS INC, ET AL

4.   Address where the party was served:
    **4119 RIO LINDA BOULEVARD**
    **SACRAMENTO, CA 95838**

5.b.  I served the party on: **DATE: Mar 19, 2022  TIME: 9:04 am**

    I served the party by personal service. I left the items in Item 2 with the defendant personally.

    I left the documents listed in Item 2 with or in the presence of
    **MARIA DOE (BABY SITTER, 60YRS, FEMALE, HISPANIC, 160LBS, 5'1, BLACK HAIR, BROWN EYES)**

    Physical Description:

6. The "Notice to the Person Served" (on the summons) was completed as follows: an individual defendant.



7.a. SHAWN F. SARDIA            e. California Registered Process Server <br>
b. C/O United Legal                Independent Contractor (not employee) <br>
1128 E 6th St, Suite 2 Corona, CA 92879    Registration # 2008-05 <br>
c. 855-401-8834                  County: SACRAMENTO <br>
d.Fee: $58.00

8. I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. <br>
DATE: 03/22/2022

*F. SARDIA*

SHAWN F. SARDIA - FILE BY FAX

Form Adopted for Mandatory Use <br>
Judicial Council of California <br>
POS-010 (Rev, Jan 1, 2007)                                      Code of Civil Procedure, Sec 417.10

j

FILED
Christina Spurlock
CLERK, SUPERIOR COURT
04/14/2022  2:44PM
BY: JAMONEIM
DEPUTY

## VERIFIED RETURN OF SERVICE

**State of Arizona**                    **County of Mohave**                    **Superior Court**

Case Number: S8015CV202200243

Plaintiff:
**Erica Parker**

vs.

Defendant:
**Simaran Express Inc, et al.**

For:
R. Kevin O'Brien
Keist Thurston O'Brien

Received by First Choice Process, Inc. on the 15th day of March, 2022 at 3:57 pm to be served on **Lilliana Tudela, 6475 Nw 170th Lane, Hialeah, FL 33015**.

I, Moraima Ponce, do hereby affirm that on the **13th day of April, 2022** at **10:00 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, COMPLAINT AND CERTIFICATE OF COMPULSORY ARBITRATION** with the date and hour of service endorsed thereon by me, to: **Lilliana Tudela** at the address of: **6475 Nw 170th Lane, Hialeah, FL 33015**, and informed said person of the contents therein, in compliance with state statutes.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Hispanic, Height: 5'6", Weight: 210, Hair: Black, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. No notary required pursuant to F.S. 92.525(2).

_____
**Moraima Ponce**
CPS #2138

**First Choice Process, Inc.**
**15757 Pines Blvd.**
**Suite 157**
**Pembroke Pines, FL 33027**
**(954) 431-9208**

Our Job Serial Number: MTO-2022000668

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2h





Person Filing: Alba L. Mendez
Address (if not protected): 4119 Rio Linda Blvd.
City, State, Zip Code: Sacramento, CA 95838
Telephone: 916 2081948
Email Address: simaran.expressinc@gmail.com
ATLAS Number: _____
Lawyer's Bar Number: _____
Representing  ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff OR  ☐ Defendant

FILED 2022 APR 12 PM 4:04 BY
Christina Spurlock SupCrtClerk

# SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

Erica Parker
Name of Plaintiff(s)

Case Number: S8015CV202200243

Simaran Express Inc.
Name of Defendant(s)

**ANSWER**

For Defendant's Answer to Plaintiff's Complaint, Defendant, Alba L. Mendez/Simaran Express Inc.
admits, denies and alleges as follows:

1. The allegations in paragraph ONE in the Complaint, I:

    ☐ ADMIT as true,   ☐ Deny,   ☒ State I have insufficient information to determine
    whether true or false.

2. The allegations in paragraph TWO in the Complaint, I:

    ☐ ADMIT as true,   ☐ Deny,   ☒ State I have insufficient information to determine
    whether true or false.

3. The allegations in paragraph THREE in the Complaint, I:

    ☐ ADMIT as true,   ☐ Deny,   ☒ State I have insufficient information to determine
    whether true or false.

4. The allegations in paragraph FOUR in the Complaint, I:

    ☐ ADMIT as true,   ☐ Deny,   ☒ State I have insufficient information to determine
    whether true or false.

5. The allegations in paragraph FIVE in the Complaint, I:

    ☐ ADMIT as true,   ☐ Deny,   ☒ State I have insufficient information to determine
    whether true or false.


S8015CV202200243

...ona in Maricopa County
:VED

Page 1 of 4

CVC31f 122917

Case No. CV202000
243

6. The allegations in paragraph SIX in the Complaint, I:

☐ ADMIT as true,   ☐ Deny,   ☑ State I have insufficient information to determine whether true or false.

7. The allegations in paragraph SEVEN in the Complaint, I:

☐ ADMIT as true,   ☐ Deny,   ☑ State I have insufficient information to determine whether true or false.

8. The allegations in paragraph EIGHT in the Complaint, I:

☐ ADMIT as true,   ☐ Deny,   ☑ State I have insufficient information to determine whether true or false.

9. The allegations in paragraph NINE in the Complaint, I:

☐ ADMIT as true,   ☐ Deny,   ☑ State I have insufficient information to determine whether true or false.

10. The allegations in paragraph TEN in the Complaint, I:

☐ ADMIT as true,   ☐ Deny,   ☑ State I have insufficient information to determine whether true or false.

(If you need more space, add an attachment labeled "Civil Answer," and continue consecutive numbering.)

**Defendant's GENERAL DENIAL:** Defendant denies anything stated in the Complaint that Defendant has not specifically admitted, qualified, or denied.

## DEFENSES and DENIALS

**A.** **Defendant alleges that the claims for relief stated in the Complaint are, or may be, barred by reason of (check any that apply):**

☐ Lack of personal jurisdiction.

☐ Lack of subject matter jurisdiction.

☐ Insufficient service of process

☐ Failure to state a claim upon which relief can be granted.

☐ Accord and satisfaction.

☐ Arbitration and award.

☐ Assumption of risk.

© Superior Court of Arizona in Maricopa County   CVC31f - 122917

Case No._____

☐ Contributory negligence

☐ Duress

☐ Estoppel

☑ Failure of consideration

☐ Fraud

☑ Illegality

☐ Laches

☐ License

☑ Payment

☐ Release

☐ Res judicata

☐ Statute of Frauds

☐ Statute of Limitations

☐ Waiver

☐ Other Defenses are listed and explained below.

*I, Albai Mendez had contacted the Defendants Attorney office and provide them with insurance information to follow up; I was told that Defendant couldn't get ahold last year, I am still of insurance department. My husband the owner of the company passed away to suicide under the impression he was direct property. I assumed he was a qualified driver. My husband had established this intimate continue with his legacy. I had redirected the claim to Jammit Singh. I was*

Defendant reserves the right to amend this Answer at a later time to assert any matter constituting an avoidance or affirmative defense including, without limitation, those affirmative defenses set forth in Rule 8(d), Arizona Rules of Civil Procedure, as discovery shows to be applicable.

*company and I can better explain the entire situation. you u can please contact me at 916 208 1478. At this point I can't afford attorney - and I am representing myself.*

### REQUESTS to the COURT

**WHEREFORE**, having fully defended, Defendant requests that Plaintiff's Complaint be dismissed, that Plaintiff take nothing, and that Defendant be awarded the costs and expenses incurred herein, including such other and further relief as the Court may deem just and proper.

04/05/2022
**Date**

_____
**Signature of Defendant/Defendant's Attorney**

Page 3 of 4

Case No._____

**CERTIFICATE OF SERVICE:**
**The following page must be completed and attached to the LAST page of your Answer:**

☒ I filed the ORIGINAL of the Answer with the Clerk of the Superior Court in
Maricopa County on: _____ ,

                            Month           Date          Year

☒ I mailed/delivered a COPY of the Answer to the Judicial Officer assigned to my case,
Judge (or Commissioner): _____ on
                                    (Judicial Officer assigned to your case)

_____
Month          Date         Year

☑ I mailed/delivered a COPY of the attached document(s) to the Plaintiff (or Plaintiff's
Attorney if Plaintiff is represented by an attorney) on:

04    08    2022
Month      Date      Year

Erica Parker / Keist Thurston O'Brien P.C.
Name of Plaintiff / Plaintiff's Attorney

10150 W. Desert River Blvd. Ste. A-130
Address

Glendale, Arizona 85305
City, State, Zip

*(You must mail a copy of all documents to the Plaintiff or his/her lawyer)*

> **By signing below, I state to the Court, under penalty of law, that the information stated**
> **on these pages is true and correct to the best of my knowledge and belief.**
>
> **I further state that I have filed/mailed the attached document(s) as shown above. I**
> **understand that if I do not file/mail the attached document(s) as shown above, the**
> **Judge in my case will not read the attached document.**

_____
Your signature

© Superior Court of Arizona in Maricopa County                                CVC31f - 122917

1   **KEIST THURSTON O'BRIEN, P.C.**
    R. Kevin O'Brien, II #031212
2   10150 W. Desert River Blvd., Ste. A-130
    Glendale, Arizona 85305
3   623.937.9799 Phone
    623.435.9057 Facsimile
4   kobrien@ktolawfirm.com
    *Attorneys for Plaintiff*

5

6          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR**

7                              **THE COUNTY OF MOHAVE**

8   **ERICA PARKER,**                         Case No. _S8015CV2022-00243__
                     **Plaintiff,**
9
    vs.
10
    **SIMARAN EXPRESS INC;**                      **WAIVER AND ACCEPTANCE**
11  **JARMANJEET SINGH; LILLIANA**                     **OF SERVICE** _____
    **TUDELA; John and Jane Does 1-10;**
12  **ABC Entities 1-10, corporations, or other**
    **legal entities,**
13                   **Defendants,**

14

15

16         1.      I, Shane Dyet, am the Attorney for Defendant Jarmanjeet Singh named in the
17
    above-captioned matter.  I hereby accept service of process as having the same legal effect as
18
19  though I was personally served in the State of Arizona.

20         2.      I acknowledge receipt of and accept service of the following documents:
21
    Complaint, Summons, Certificate of Compulsory Arbitration.
22
23         3.      I hereby waive any possible defense which may be raised pursuant to the
24  Soldiers & Sailors Act, 50 U.S.C.A. Sec. 521.

25         4.      I am executing this document voluntarily and with full knowledge.
26

27

28

                                    Page 1 of 2

1

DATED this 6th day of _____May_____, 2022.

2

3

4

Shane Dyet

5

6

7

8

STATE OF ARIZONA        )
                        ) ss.
County of Maricopa      )

9

10

11

The foregoing instrument was acknowledged before me this 6th day of

12

_____May_____, 2022, by Shane Dyet.

13

14

15

Notary Public

16

My Commission Expires:

17

18

DENISE ZBOROWER
Notary Public - Arizona
Maricopa County
Commission # 567255
My Comm. Expires Jul 20, 2023

19

20

21

22

23

24

25

26

27

28

Page 2 of 2



FILED
Christina Spurlock
CLERK, SUPERIOR COURT
05/11/2022 10:16AM
BY: LBENSHOOF
DEPUTY

1  Shane P. Dyet, Bar No. 024627
2  **O'CONNOR & DYET, P.C.**
   7955 South Priest Drive
3  Tempe, Arizona 85284
   shane.dyet@occlaw.com
4  602-241-7000

5
6  Attorney for Defendants Simaran
   Express, Inc. and Jarmanjeet Singh

7        **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
8            **IN AND FOR THE COUNTY OF MOHAVE**

| | |
|---|---|
| 9  ERICA PARKER, | Case No.  S8015CV202200243 |
| 10          Plaintiff, | |
| 11  vs. | **MOTION TO WITHDRAW ANSWER FILED PRO PER BY DEFENDANT SIMARAN EXPRESS, INC.** |
| 12 | |
| 13  SIMARAN EXPRESS, INC.; JARMANJEET SINGH; LILLIANA TUDELA; John and Jane Does 1-10; ABCX Entities 1-10, corporations, or other entities, | |
| 14 | |
| 15 | (Assigned to the Honorable Kenneth Gregory) |
| 16          Defendants. | |

17        Defendant Simaran Express, Inc. ("Simaran Express"), through undersigned counsel,
18  hereby requests the Answer filed Pro Per by Ms. Alba Mendez on behalf of Simaran Express, be
19  withdrawn.
20        Ms. Mendez, as owner of Simaran Express, filed the Answer on April 8, 2022, not
21  knowing the insurance carrier for Simaran Express would provide defense counsel. Further, Ms.
22  Mendez is not a lawyer, and therefore is not permitted to file a Pro Per Answer on behalf of the
23  corporation. For these reasons, and now that undersigned has been retained as defense counsel
24  for Simaran Express and Jarmanjeet Singh, Simaran Express respectfully requests the Answer
25  filed on April 8, 2022 be withdrawn.
26        Once this Motion is granted, undersigned counsel will then file an Answer to Plaintiff's
27  Complaint on behalf of both Simaran Express and Jarmanjeet Singh. Finally, Plaintiff's counsel
28  does not oppose this Motion.

DATED: May 11, 2022.

**O'CONNOR & DYET, P.C.**

By _____ /s/ Shane P. Dyet _____
    Shane P. Dyet
    Attorney for Defendants Simaran
    Express, Inc. and Jarmanjeet Singh

**E-FILED** with the Court and
copy **emailed** on May 11, 2022
to:

R. Kevin O'Brien
Keist Thurston O'Brien, PC
10150 W. Desert River Blvd., Suite A-130
Glendale, AZ 85305
kevin@ktolawfirm.com
Attorney for Plaintiff Erica Parker

Justin Zachary
Denton & Zachary, PLLC
2100 Riverdale Road, Suite 200A
Little Rock, AR 72002
justin@dentonandzachary.com
Attorney for Plaintiff Erica Parker

By _____ /s/ D. Zborower _____

2



FILED
Christina Spurlock
CLERK, SUPERIOR COURT
05/19/2022  3:20PM
BY: GHOWELL
DEPUTY

JoAnn A. Hoskins- State Bar #035112
**Law Offices of Christine G. Moore**
2495 Village View Drive, Suite 210
Henderson, NV  89074
Direct Line:  (702) 854-4255
Main Line:  (702) 854-4200
Facsimile: (866) 842-6297
Email:  JOANN_HOSKINS@progressive.com

**Attorney for Defendant**

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY OF MOHAVE

| | |
|---|---|
| ERICA PARKER,<br>Plaintiff,<br><br>v.<br><br>SIMARAN EXPRESS INC;<br>JARMANJEET SINGH; LILIANA<br>TUDELA; John and Jane Does 1-10; ABC<br>Entities 1-10, corporations, or other legal<br>entities,<br><br>    Defendants, | Case No. S-8015-CV-202200243<br><br>**DEMAND FOR JURY TRIAL** |

Defendant, LILIANA TUDELA, by and through undersigned counsel, and pursuant

to Rule 38, Arizona Rules of Civil Procedure, hereby requests trial by jury in the event this

matter is not set for compulsory arbitration, or an appeal is taken from arbitration.

**DATED** this 16th day of May, 2022.

By: _____

_____
JoAnn A. Hoskins
Attorney for Defendant

1

1

2

3   A copy has been or will be e-*served on* this
    ___19TH___ day of April 2022, to:

4

5   Honorable

6   Court Administration

7   Arbitration Desk

8

9   R. kevin O'Brien, Esq.
10  KEIST THURSTON O'BRIEN PC
    10150 W. Desert River Blvd Suite A-130
11  Glendale, AZ  85305
    (623) 937-9799/(623) 435-9057 (F)
12

13  By: _____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



FILED
Christina Spurlock
CLERK, SUPERIOR COURT
05/19/2022  3:20PM
BY: GHOWELL
DEPUTY

1  JoAnn A. Hoskins- State Bar #035112
**Law Offices of Christine G. Moore**
2  2495 Village View Drive, Suite 210
3  Henderson, NV  89074
Direct Line:  (702) 854-4255
4  Main Line:  (702) 854-4200
Facsimile: (866) 842-6297
5  Email:  JOANN_HOSKINS@progressive.com

6
7  **Attorney for Defendant**

8

9  **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

10  **IN AND FOR THE COUNTY OF MOHAVE**

11

12  ERICA PARKER,                         Case No. S-8015-CV-202200243
Plaintiff,

13
14  v.                                    **CERTIFICATE OF AGREEMENT
RE: COMPULSORY ARBITRATION**

15  SIMARAN EXPRESS INC;
JARMANJEET SINGH; LILIANA
16  TUDELA; John and Jane Does 1-10; ABC
17  Entities 1-10, corporations, or other legal
entities,
18
19              Defendants,

20              **CERTIFICATE OF AGREEMENT
RE: COMPULSORY ARBITRATION**
21  / / /
22
23  / / /
24  / / /
25  / / /
26
27  / / /
28  / / /

1

Pursuant to Rule 72, ARCP, and Rule 3.10(c), Maricopa County Local Rules of Civil Procedure, Defendant, certify that they agree that the amount in controversy does not exceed the limits set by the local rule, and therefore, this case is subject to Compulsory Arbitration.

**DATED** this 16th day of May, 2022.

By: _____
JoAnn A. Hoskins
Attorney for Defendant

A copy has been or will be e-*served on* this
___19TH____ day of May, 2022 to:

Honorable:
* Copy delivered via efile system

Court Administrator

*Arbitration Department - Superior Court

R. kevin O'Brien, Esq.
KEIST THURSTON O'BRIEN PC
10150 W. Desert River Blvd Suite A-130
Glendale, AZ 85305
(623) 937-9799/(623) 435-9057 (F)

By:
_____

2



FILED
Christina Spurlock
CLERK, SUPERIOR COURT
05/19/2022  3:20PM
BY: GHOWELL
DEPUTY

JoAnn A. Hoskins- State Bar #035112
**Law Offices of Christine G. Moore**
2495 Village View Drive, Suite 210
Henderson, NV  89074
Direct Line:  (702) 854-4255
Main Line:  (702) 854-4200
Facsimile: (866) 842-6297
Email:  JOANN_HOSKINS@progressive.com

**Attorney for Defendant**

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MOHAVE

| | |
|---|---|
| ERICA PARKER,<br>Plaintiff,<br><br>v.<br><br>SIMARAN EXPRESS INC;<br>JARMANJEET SINGH; LILIANA<br>TUDELA; John and Jane Does 1-10; ABC<br>Entities 1-10, corporations, or other legal<br>entities,<br><br>        Defendants, | Case No. S-8015-CV-202200243<br><br>**ANSWER ON BEHALF OF DEFENDANT<br>LILIANA TUDELA** |

Defendants by and through undersigned counsel, for their answer to Plaintiff's Complaint hereby admit, deny and allege as follows:

1.      Answering Paragraphs 8, 9, 10, 11, 12, 13, 30, 31 and 32 of Plaintiff's Complaint, this answering Defendant states that she is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the allegations contained therein and, therefore, denies the same.

//

1

2.     Answering Paragraph 29 of Plaintiff's Complaint, this answering Defendant states the allegations call for a legal conclusion and contained therein and states that she is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the allegations contained therein and, therefore, denies the same.

3.     Answering Paragraphs 17, 26 and 33 of Plaintiff's Complaint, this answering Defendant repeats, re-alleges, and incorporates as though fully set forth herein, all of his answers to the preceding paragraphs.

4.     Answering Paragraphs 7 and 22 of Plaintiff's Complaint, this answering Defendant denies each and every allegation contained therein.

5.     Answering Paragraphs 1, 2, 3, 4, 5, 6, 14, 15, 16, 18, 19, 20, 21, 23, 24, 27, 28, 34, 35 and 36 of Plaintiff's Complaint, this answering Defendant admits each and every allegation contained therein.

6.     Answering Paragraph 24 – Page 6 – Line 1 of Plaintiff's Complaint, this answering Defendant admits each and every allegation contained therein.

7.     Answering Paragraphs 34 of Plaintiff's Complaint – Section Count Four Negligent Entrustment – Page 7, this answering Defendant repeats, re-alleges, and incorporates as though fully set forth herein, all of his answers to the preceding paragraphs.

8.     Answering Paragraphs 35, 36 and 37 of Plaintiff's Complaint – Section Count Four Negligent Entrustment – Page 7, this answering Defendant admits each and every allegation contained therein.

2

9.     Answering Paragraphs 38 of Plaintiff's Complaint — Section Count Four Negligent Entrustment — Page 7, this answering Defendant states that she is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the allegations contained therein and, therefore, denies the same.

10.    Additional facts may be revealed by future discovery which support affirmative defenses presently available but unknown by Defendants. Accordingly, Defendants hereby allege the following affirmative defenses:

Accord and Satisfaction, Arbitration and Award, Assumption of Risk, Contributory Negligence, Comparative Fault, Equitable Estoppel, Failure to State a Claim, Fault of Another, Laches, Release, Statute of Limitations, Lack of Jurisdiction of Subject Matter, Lack of Jurisdiction over the person or persons, Improper Venue, Insufficiency of Process, Insufficiency of Service of Process, Multiplicity of Suits, Pendency of Other Action, Failure to Mitigate Damages.

11.    Defendants have had insufficient opportunity to conduct discovery necessary to determine which, if any, of the defenses set forth in Rule 8(c), Arizona Rules of Civil Procedure, may apply; so rather than waive those defenses, Defendants assert each and every defense stated in Rule 8(c).

12.    Defendants deny that Plaintiffs are entitled to the recovery of attorney's fees.

13.    Defendants reserve the right to contest Plaintiffs' discovery tier designation.

14.    Defendants deny that Plaintiffs are entitled to the recovery of pre-judgment interest.

15.    Defendants hereby deny any and all allegations not specifically admitted above.

3

1     **WHEREFORE,** having fully answered Plaintiffs' Complaint, Defendants request

2 that Plaintiffs' Complaint be dismissed, and that Plaintiffs take nothing thereby, that

3 Defendants be awarded costs incurred herein, and for such other and future relief as the

4

5 Court deems just.

6 **DATED** this 16th day of May 2022.

7

8

9                                  By:                         

10                                                 JoAnn A. Hoskins-State Bar #035112
                                                Attorney for Defendant

11

12 A copy has been or will be e-*served on* this

13    __19TH___ day of May 2022, to:

14 R. kevin O'Brien, Esq.
    KEIST THURSTON O'BRIEN PC

15 10150 W. Desert River Blvd Suite A-130

16 Glendale, AZ 85305
    (623) 937-9799/(623) 435-9057 (F)

17

18 By: _____

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 2

1
2
3
4
5
6
7

Shane P. Dyet, Bar No. 024627
Robert R. Byrne, Bar No. 009902
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
(602) 241-7000
shane.dyet@occlaw.com
robert.byrne@occlaw.com

Attorneys for Defendants Simaran
Express, Inc. and Jarmanjeet Singh

8

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

9

### IN AND FOR THE COUNTY OF MOHAVE

| | |
|---|---|
| ERICA PARKER, | Case No.  S8015CV202200243 |
| Plaintiff, | |
| vs. | **NOTICE OF FILING NOTICE OF REMOVAL** |
| SIMARAN EXPRESS, INC.; JARMANJEET SINGH; LILLIANA TUDELA; John and Jane Does 1-10; ABCX Entities 1-10, corporations, or other entities, | (Assigned to the Honorable Kenneth Gregory) |
| Defendants. | |

**TO:    PLAINTIFF'S ATTORNEY:**

Please take notice that a Notice of Removal of this action pursuant to U.S.C. § 1441(a) and 28 U.S.C. § 1446 was filed in the United States District Court for the District of Arizona on June 1, 2022.

A copy of the Notice of Removal is attached to this Notice and is hereby served and filed in the above-captioned action in accordance with 28 U.S.C. § 1446(d).

. . .

. . .

. . .

. . .

DATED: June 1, 2022.

**O'CONNOR & DYET, P.C.**


By _____/s/ Shane P. Dyet_____
    Shane P. Dyet
    Robert R. Byrne
    Attorneys for Defendants Simaran
    Express, Inc. and Jarmanjeet Singh


**E-FILED** with the Court and
copy **emailed** on June 1, 2022
to:

R. Kevin O'Brien
Keist Thurston O'Brien, PC
10150 W. Desert River Blvd., Suite A-130
Glendale, AZ 85305
kevin@ktolawfirm.com
Attorney for Plaintiff

Justin Zachary
Denton & Zachary, PLLC
2100 Riverdale Road, Suite 200A
Little Rock, AR 72002
justin@dentonandzachary.com
Attorney for Plaintiff

Joann A. Hoskins, Esq.
Law Offices of Christine G. Moore
150 N. Stephanie Street, Ste. 150
Henderson, NV 89074
joann_hoskins@progressive.com
Attorney for Defendant Lilliana Tudela


By _____/s/ D. Zborower_____